

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

21-21847

DEBTOR(S):

CYNTHIA A. BUZZELLI

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $4,701.54

CREDITOR'S SIGNATURE:

/S/ *Marie Foster*

CREDITOR CONTACT INFO:

Westlake Services LLC

Resurgent Capital Services

PO Box 3427

Greenville, SC

(877) 264-5884

DATE:

11/11/2021