

FILED
11/12/21 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

21-21847

DEBTOR(S):

CYNTHIA A. BUZZELLI

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $4,701.54

CREDITOR'S SIGNATURE:

/S/ *Marie Foster*

CREDITOR CONTACT INFO:

Westlake Services LLC

Resurgent Capital Services

PO Box 3427

Greenville, SC

(877) 264-5884

DATE:

11/11/2021

SO ORDERED
November 12, 2021

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21847-GLT |
| Cynthia A. Buzzelli | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Nov 12, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia A. Buzzelli, 161 Laurie Drive, Pittsburgh, PA 15235-4047 |
| cr | + | Westlake Services, LLC c/o Resurgent Capital Servi, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021           Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dennis M. Sloan | on behalf of Debtor Cynthia A. Buzzelli sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 2 of 2 |
| Date Rcvd: Nov 12, 2021 | Form ID: pdf900 | Total Noticed: 2 |

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7