IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: : | Case No.: | 21-21847-GLT |
| : | Chapter: | 13 |
| Cynthia A. Buzzelli : | | |
| : | | |
| : | Date: | 3/9/2022 |
| *Debtor(s).* : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:** #35 - Objection to Claim of Lakeview Loan Servicing, LLC.
[Claim Number 3]
[Response due 2/11/2022]
#38 - Response to Objection to POC filed by Lakeview
Loan Servicing.
#20 - Contested Confirmation of Plan Dated 9-8-2021 (NFC)
[Lack of payments]
#41 - Objection filed by Trustee

**APPEARANCES**:
Debtor: Dennis M. Sloan
Trustee: James Warmbrodt
Creditor: Brian Nicholas

**NOTES:** [9:12 a.m.]

Warmbrodt: On March 1, $7206 payment posted in the trustee's system. While it doesn't resolve all of the arrears, it indicates the Debtor's intention to continue the case. We are willing to withdraw our objection.

Court: I was going to send the case back for conciliation anyways, but I can enter interim confirmation to get payments started.

Sloan: There is no electronic payment in this case. The Debtor's primary income is Social Security and contributions from her family. I think the payments will be consistent going forward.

Court: How far down the line should the conciliation conference be scheduled?

Sloan: I would suggest at least 30 days.

Court: I will set the conciliation conference for April 21 at 1:30 p.m. I will enter an interim confirmation order and continue these matters.

**OUTCOME:**

1. A conciliation conference on the Debtor's chapter 13 plan dated 9/8/2021 [Dkt. No. 20] is set for April 21, 2022 at 1:30 p.m. [Text Order]

2. The *Objection to Claim of Lakeview Loan Servicing, LLC* [Dkt. No. 35] is CONTINUED to April 21, 2022 at 1:30 p.m. as a placeholder. If the parties cannot reach an agreement resolving the claim objection by April 21, they can request a continued hearing before the Court [Text Order]

**DATED:** 3/9/2022