Case 21-21847-GLT    Doc 52    Filed 07/28/22    Entered 07/28/22 10:59:29    Desc Main
Document    Page 1 of 1

FILED
7/28/22 8:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 21-21847-GLT |
| | : | Chapter: 13 |
| Cynthia A. Buzzelli | : | |
| | : | |
| | : | Date: 7/27/2022 |
| *Debtor(s).* | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:**    #20 - Contested Confirmation of Plan Dated 9-8-2021 (NFC)
　　　　　　　#41 - Objection filed by Trustee
　　　　　　　#48 - Objection filed by Trustee
　　　　　　　#49 - Objection filed by Lakeview Loan Servicing

　　　　　　　[Contested Confirmation Hearing requested
　　　　　　　 - Lack of payments. Also unresolved objection
　　　　　　　 to claim. From 6/16/2022 conciliation conference]

　　　　　　　[Conciliation conference held. No proposed
　　　　　　　 new or initial confirmation order to be submitted
　　　　　　　 at this time, Plan conciliation continued. From
　　　　　　　 4/21/2022 conciliation conference]

**APPEARANCES**:
　　　　　　Debtor:　　Dennis M. Sloan
　　　　　　Trustee:　　Owen Katz
　　　　　　Creditor:　　Mario Hanyon

**NOTES:** [10:56 a.m.]

Katz: This case is about $11,000 in arrears. Without a reduction in the Lakeview loan, plan payment will need to increase to $2,269.

Sloan: This case is premises on the Debtor receiving contributions from family members as she relies on Social Security for income. Her uncle is attempting to sale a property that will provide funds for everyone. I am asking for a 30 day continuance. There is a substantial equity cushion in the property. Lakeview is essentially the only affected creditor.

Hanyon: I do not have an objection to a continuance.

Court: I will set a notice for a hearing to consider whether to dismiss the case on August 24, 2022.

**OUTCOME:**

1. Confirmation of the *Chapter 13 Plan dated September 8, 2021* [Dkt. No. 20] is DENIED. [Text Order].

2. A hearing on the trustee's oral motion to dismiss is scheduled for August 24, 2022 at 10 a.m. [DB to enter form notice on trustee's oral motion to dismiss].

**DATED:** 7/27/2022