FILED
9/15/22 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-21847-GLT |
| | : | Chapter: | 13 |
| Cynthia A. Buzzelli | : | | |
| | : | | |
| | : | Date: | 9/14/2022 |
| *Debtor(s).* | : | Time: | 01:00 |

## PROCEEDING MEMO

**MATTER:**   #53 - Trustee's Oral Motion to Dismiss Case
  #56 - Debtor's Response to Motion To Dismiss
  #62 - Status Report
  #66 - Status Report

**APPEARANCES**:
  Debtor:   Dennis M. Sloan
  Trustee:   Owen Katz
  Creditor:   Mario Hanyon

**NOTES:**   [1:10]

Debtor had a family member effectuate a sale of property that would substantially pay down the amounts necessary to cure the existing arrearage and fund the balance of the plan.
As of September 12, 2022, $57,500 was paid to the Trustee. Debtor's counsel believes that the amount should be sufficient to pay all arrears, 100% of the unsecured claims and administrative claims. Debtor to take on long term continuing debt in October of 2022.

**OUTCOME:**

1. Trustee's oral motion to dismiss [ Dkt. No 53] is DENIED as withdrawn. [Text Order].

2. On or before September 28, 2022, Debtor shall (to the extent necessary):
   (a) File amended schedules B and C (regarding any potential personal injury claim); and
   (b) File a fee application for any legal fees incurred on behalf of the Debtor in the bankruptcy estate. [Text Order].

3. On or before October 31, 2022, counsel for Debtor and Chapter 13 Trustee shall submit a proposed form of order under a certification of counsel authorizing distribution of plan funds for the payment of all allowed claims. [Text Order].

**DATED:** 9/14/2022