UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 21-21847-GLT |
| | ) | |
| Cynthia A. Buzzelli, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Document No. |
| | ) | Related to Document No. 72, 73 |
| | ) | Hearing: 11/02/2022 @ 10:30 AM |
| | ) | |
| | ) | |
| Dennis M. Sloan and Sloan & Associates, P.C., | ) | |
| | ) | |
| Applicant(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondent | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING
FINAL APPLICATION FOR COMPENSATION BY COUNSEL FOR DEBTOR**

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the FINAL APPLICATION FOR COMPENSATION BY COUNSEL FOR DEBTOR filed on September 22, 2022 at Document No. 72 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the FINAL APPLICATION FOR COMPENSATION BY COUNSEL FOR DEBTOR appears thereon. Pursuant to the Summary Cover Sheet and Notice of Hearing on Professional Fees, objections to the FINAL APPLICATION FOR COMPENSATION BY COUNSEL FOR DEBTOR were to be filed and served no later than October 11, 2022.

  It is hereby respectfully requested that the Order attached to the FINAL APPLICATION FOR COMPENSATION BY COUNSEL FOR DEBTOR be entered by the Court.

Dated: October 12, 2022
                         Respectfully submitted,
                         */s/Dennis M. Sloan*
                         Dennis M. Sloan
                         Attorney for Debtor
                         PA Bar #83784
                         Sloan & Associates, P.C.
                         106 S. Main Street, Suite 305
                         Butler, PA 16001
                         (724) 284-9092
                         sloanassoc@zoominternet.net