FILED
10/24/22 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Bankruptcy No. 21-21847-GLT |
| Cynthia A. Buzzelli, | Chapter 13 |
| Debtor(s) | Document No. 72 |
| | Hearing: 11/02/2022 @ 10:30 AM |
| Dennis M. Sloan and Sloan & Associates, P.C., | |
| Applicant(s) | |
| v. | |
| No Respondent | |

**ORDER OF COURT**

**AND NOW**, to wit, this __24th__ day of __October__, 2022, upon consideration of the Final Application for Compensation by Counsel for Debtor, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Final Application for Compensation is approved in the total amount of $8,975.00 for work performed in the Chapter 13 case by Debtor's counsel from August 17, 2021 to September 22, 2022.

2. Prior to the filing of this Fee Application, the fees approved to Debtor's counsel totaled $5,000.00, with $4,500.00 of said amount to be paid to Debtor's counsel through distributions from the Chapter 13 Trustee. Following approval of this Fee Application, an additional $2,500.00 shall be paid through distributions from the Chapter 13 Trustee, for a total of $7,000.00 in distributions to the Applicant from the Chapter 13 Trustee.

3. Reimbursement for expenses is approved in the total amount of $369.81 for the period from August 17, 2021 to September 22, 2022.

4. Prior to the filing of this Fee Application, Debtor's counsel was paid an initial Expense Retainer in the amount of $500.00.  After subtracting the approved expenses, the remaining balance on the Expense Retainer is $130.19.

5. The Applicant is hereby authorized to apply the remaining balance of the Expense Retainer to the approved attorney's fees.

6. The approved attorney's fees not included in the plan, totaling $1,344.81 after subtracting the remaining balance of the Expense Retainer, shall be deemed waived by the Applicant to the extent that the funds on hand with the Chapter 13 Trustee are not sufficient to pay said fees after paying the plan arrears, mortgage arrears, other administrative claims and allowed unsecured claims.

7. The fees and expenses approved herein will not decrease the amounts to be paid to other creditors through the Chapter 13 Plan.

8. The Debtor is not required to file an amended plan as the Debtor has submitted to the Chapter 13 Trustee sums sufficient to complete the Debtor's Chapter 13 Plan Dated September 8, 2021 ("the Plan") and the fees approved herein were included in the Plan and will be waived by Applicant to the extent the Chapter 13 Trustee does not have sufficient funds on hand to pay the fees.

9. The Clerk shall record the total award of compensation in the amount of $8,975.00 and the total award for expenses in the amount of $369.81.

Prepared by:  Dennis Sloan, Esq.

**DEFAULT ENTRY**

Dated: October 24, 2022

Gregory R. Taddonio    hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 21-21847-GLT
Cynthia A. Buzzelli | Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　User: auto　　　　　Page 1 of 2
Date Rcvd: Oct 24, 2022　　　Form ID: pdf900　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

**Recip ID　　　　Recipient Name and Address**
db　　　　　+ Cynthia A. Buzzelli, 161 Laurie Drive, Pittsburgh, PA 15235-4047

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2022　　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:

**Name　　　　Email Address**

Brian Nicholas
　　on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
　　on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Dennis M. Sloan
　　on behalf of Debtor Cynthia A. Buzzelli sloanassoc@zoominternet.net dsloan@sloanassoc.com

Keri P. Ebeck
　　on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Mario J. Hanyon
　　on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
　　on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 24, 2022 | Form ID: pdf900 | Total Noticed: 1

Marisa Myers Cohen
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10