FILED
10/26/22 10:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re : | Bankr. No. 21-21847-GLT |
| CYNTHIA A. BUZZELLI, : | Chapter 13 |
| Debtor : | Document No. |
| : | Related to Doc. No. 70 & 76 |
| RONDA J. WINNNECOUR, Trustee, : | |
| Movant : | |
| v. : | |
| CYNTHIA A. BUZZELLI, : | |

**CONSENT ORDER OF COURT AUTHORIZING DISTRIBUTION
OF PLAN FUNDS FOR PAYMENT OF ALLOWED CLAIMS**

AND NOW, this 26th Day of October, 2022 upon consent of the Debtor and the Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED, and DECREED that the Chapter 13 Trustee shall distribute the plan funds on hand, after deduction of Trustee Fees, in the following order:

1. Payment to RightPath Servicing in the amount of $9,685.44 as full payment of the long term, continuing debt arrears for the monthly mortgage and escrow payment set forth in its Proof of Claim filed at Claim Number 3 on the Claims Register ("Claim 3") and modified by the Notice of Mortgage Payment Change filed on February 4, 2022.

2. Payment to RightPath Servicing in the amount of $36,564.32 as full payment and cure of the pre-petition mortgage arrears set forth in Claim 3.

    3.    Payment to the sole timely filed unsecured creditor, Duquesne Light Company, in the amount of $3,695.13 as full payment of the amount set forth in its Proof of Claim filed at Claim Number 2 on the Claims Register.

    4.    Payment to Sloan & Associates, P.C. in the amount of up to $5,842.66 as payment of the Debtor's counsel fees, with any unpaid counsel fees resulting from insufficient funds on hand being waived.

_[signature]_

The Honorable Gregory L. Taddonio
Chief Judge, United States Bankruptcy Court
DATED:  October 26, 2022

Consented to:

RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE

| 10/03/2022 | BY /s/ Owen W. Katz, Esquire |
|---|---|
| DATE | Owen W. Katz, Esquire |
| | Pa ID. No. 36473 |
| | U.S. Steel Tower – STE 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |
| | Counsel for Chapter 13 Trustee |

CYNTHIA A. BUZZELLI

| 10/03/2022 | BY /s/ Dennis M. Sloan |
|---|---|
| DATE | Dennis M. Sloan |
| | Pa ID. No. 83784 |
| | Sloan & Associates, P.C. |
| | 106 S. Main Street, Suite 305 |
| | Butler, PA 16001 |
| | (724) 284-9092 |
| | sloanassoc@zoominternet.net |
| | Counsel for Debtor |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21847-GLT |
| Cynthia A. Buzzelli | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cynthia A. Buzzelli, 161 Laurie Drive, Pittsburgh, PA 15235-4047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 28, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Debtor Cynthia A. Buzzelli sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Marisa Myers Cohen
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10