Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Cynthia A. Buzzelli** <br> **aka Cindy Buzzelli** <br> *Debtor(s)* | : <br> : <br> : <br> : | Case No. 21−21847−GLT <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* <br> v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Related to Document No. 84 <br><br> Hearing Date: 3/8/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

       **AND NOW,** this *The 27th of December, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 84 by the Chapter 13 Trustee,

       It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

       (1)  **On or before February 6, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

       (2)  This Motion is scheduled for hearing on **March 8, 2023 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

       (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

       (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Cynthia A. Buzzelli  
    Debtor

Case No. 21-21847-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Dec 27, 2022      Form ID: 604      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia A. Buzzelli, 161 Laurie Drive, Pittsburgh, PA 15235-4047 |
| cr | + | Westlake Services, LLC c/o Resurgent Capital Servi, PO Box 3427, Greenville, SC 29602-3427 |
| 15409783 | + | Allegheny County Court Records, Criminal Division, 114 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 15404077 | + | Chelsea A. Nixon, Esq., McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15409788 | + | Dante A. Buzzelli, 859 East Maiden, Washington, PA 15301-3725 |
| 15409789 | | Duquesne Light Company, PO Box 371324, Pittsburgh, PA 15250-7324 |
| 15409790 | + | Keri P. Ebeck, Esquire, Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15409791 | | Lakeview, PO Box 80688, Virginia Beach, VA 23450 |
| 15409793 | + | Marisa Myers Cohen, Esq., McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15409794 | + | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15409795 | + | Plaza Home Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Dec 28 2022 02:29:00 | Community Loan Servicing, LLC, c/o Bryan S. Fairman, Aldridge Pite, LLP, 4375 Jutland Dr. Ste. 200, PO Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2022 02:32:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 02:29:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15409784 | + | Email/Text: ecfbnc@aldridgepite.com | Dec 28 2022 02:29:00 | Bryan S. Fairman, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 15409786 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | Community Loan Servicing, PO Box 331409, Miami, FL 33233-1409 |
| 15426212 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15409787 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | Community Loan Servicing, LLC, 4425 Ponce de Leon Blvd. 5th Floor, Miami, FL 33146-1839 |
| 15425794 | + | Email/Text: jdryer@bernsteinlaw.com | Dec 28 2022 02:29:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15426213 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | Lakeview Loan Servicing, LLC, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15404078 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 28 2022 02:29:00 | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 15507106 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 2 of 3 |
| Date Rcvd: Dec 27, 2022 | | Form ID: 604 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 28 2022 02:29:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15409796 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:30 | Synchrony Bank, c/o PRA Receivables Managment LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15404456 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 02:32:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15409797 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Dec 28 2022 02:29:00 | Westlake Financial Services, 4751 Wilshire Boulevard, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | Nationstar Mortgage, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15409785 | *+ | Chelsea A. Nixon, Esq., McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15409792 | *+ | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Debtor Cynthia A. Buzzelli sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 27, 2022 | Form ID: 604 | Total Noticed: 25 |

Marisa Myers Cohen
    on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Matthew Fissel
    on behalf of Creditor Lakeview Loan Servicing LLC matthew.fissel@brockandscott.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 11